# Third District Court of Appeal
## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0764
Lower Tribunal No. 14-6503
_____

**Bethany Reese, et al.,**
Appellants,

vs.

**Tammy Mathis,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Bowman and Brooke, LLP, and Stephanie M. Simm, and Shawn Y. Libman, for appellants.

Alexander Appellate Law P.A., and Samuel Alexander (DeLand), for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

"An award of fees under section 57.105 requires a determination by the court that 'the party or its counsel knew or should have known that the claim or defense asserted was not supported by the facts or an application of existing law.'" Lanson v. Reid, 314 So. 3d 385, 386-87 (Fla. 3d DCA 2020) (footnote omitted) (quoting Blue Infiniti, LLC v. Wilson, 170 So. 3d 136, 140 (Fla. 4th DCA 2015)). "[T]he award of attorney's fees is a matter committed to sound judicial discretion which will not be disturbed on appeal, absent a showing of clear abuse of discretion." Id. at 386 (alteration in original) (quoting DiStefano Constr., Inc. v. Fid. & Deposit Co., 597 So. 2d 248, 250 (Fla. 1992)). Finding no abuse of discretion, we affirm.

Affirmed.